UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD BENNETT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HON. IDEE C. FOX, | : | NO. 18-12 |
| Defendant. | | |

### O R D E R

AND NOW, this 8th day of February, 2018, upon consideration of Mr. Bennett's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. Plaintiff, Edward Bennett, #AH-6720, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Bennett, an initial partial filing fee of $21.16 is assessed. The Superintendent or other appropriate official at SCI Dallas or at any other prison at which Mr. Bennett may be incarcerated is directed to deduct $21.16 from Mr. Bennett's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-12. In each succeeding month when the amount in Mr. Bennett's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Bennett's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-12.

3. The Clerk of Court is DIRECTED to send a copy of this Order to the Superintendent at SCI Dallas.

4. Mr. Bennett's Complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. To the extent that Mr. Bennett raises claims challenging his conviction, those claims will be dismissed without prejudice to Mr. Bennett's right to reassert those claims in a new lawsuit in the event that his conviction and sentence are invalidated in the future. Mr. Bennett may not file an amended complaint in this matter.

5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**